STATUS CONFERENCE HELD

DATE: _Nov. 14, 2003_

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor
November 14, 2003

~~1:15 p.m.~~
11:00 a.m.

CASE NO. **3:03cv927 (SRU)    DirecTV, Inc. v Abelin**

John M. McLaughlin
McLaughlin Sacks
31 Trumbull Rd.
Northampton, MA 01060

Edward Abelin
235 South Water St., Apt. E8
East Windsor, CT 06088

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK