FILED

2003 OCT 21 A 10: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. | ) |
| Plaintiff, | ) CIVIL ACTION cmc<br>) NO. 3:03CV927-SRU |
| vs. | ) RULE 26(f) REPORT OF THE PARTIES'<br>) PLANNING MEETING |
| EDWARD ABELIN | ) |
| Defendant | ) |

## RULE 26(f) REPORT OF THE PARTIES' PLANNING MEETING

Date Complaint Filed: 05/23/2003

Date Complaint Served: 8/4/03

Date of Defendant's Appearance: 08/29/2003

...rsuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a conference was held on

'03 and 10/7/03. The participants were:

Attorney John M. McLaughlin for plaintiff and Edward Abelin, Pro Se Defendant

### I. CERTIFICATION

Undersigned counsel for Plaintiff and the Pro Se Defendant certified that, after

...ultation with the Plaintiff, they have discussed the nature and basis of the parties' claims and

Report Approved. Discovery cutoff date February 25, 2004; Dispositive motions due by March 25, 2004. Status Conference to be held on An order indicating the Conference date will separately issue.

SO ORDERED
11/14/03
Stefan R. Underhill, U.S.D.J.

2003 NOV 14 P 4:30 FILED