UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 18  A 8: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DIRECTV, INC.

v.   Civ. Action No.
     3:03 CV 927 (SRU)

ALBERT ABELIN

## ORDER

A Trial Calendar Call is ordered in this matter for **June 11, 2004 at 10:00 a.m.**. Counsel for both parties are ordered to appear before Judge Stefan R. Underhill in Courtroom #1 at the United States District Court, 915 Lafayette Blvd., Bridgeport, CT at that time. Parties shall be prepared to discuss the trial readiness and scheduling of this case for a final pre-trial conference, jury selection, and trial.

Parties are to confer in advance and should be prepared to jointly provide the Court with the following information:

1. A list of dates between <u>June 12, 2004</u>, and <u>December 12, 2004</u> when counsel and witnesses are unavailable for trial; and

2. Issues raised in the pre-trial memorandum that need to be resolved in advance of trial, including further proceedings prior to trial, anticipated evidentiary problems at trial, and motions in limine.

If the parties believe that a settlement conference would be beneficial, they should request a settlement conference by contacting Chambers on or before **May 15, 2004**. Requests made after this date may not be honored. A request for a settlement conference, in the absence of further order of the court, will not delay submission of the joint trial memorandum or the scheduling of trial.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and confirm that all parties have notice of the June 11, 2004 trial calendar call.

It is so ordered.

Dated at Bridgeport this 16th day of April 2004.

                                                               Stefan R. Underhill
                                                               United States District Judge