UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. <br><br> Plaintiff, <br><br> vs. <br><br> Edward Abelin <br><br> Defendant | ) Case No.: **303cv927-SRU** <br> ) <br> ) <br> ) **NOTICE OF VOLUNTARY DISMISSAL** <br> )     **WITHOUT PREJUDICE** <br> ) <br> ) <br> ) <br> ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

_____
6/11/04
Date

John M. McLaughlin (CT16988)
**Mailing Address for**
**Requested Service of All Papers**
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: 860-745-0045

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

## CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this \_\_11\_\_ day of _____May_____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Edward Abelin
235 South Water Street E8
East Windsor, CT  06088

                                                                  _____
                                                                  John M. McLaughlin, Esq.